# United States Court of Appeals
## For the First Circuit

No. 24-1092

UNITED STATES; COMMONWEALTH OF MASSACHUSETTS; DISTRICT OF COLUMBIA; STATE OF NEW YORK; STATE OF CALIFORNIA; STATE OF NORTH CAROLINA; STATE OF MARYLAND; STATE OF NEW JERSEY,

Plaintiffs - Appellees,

v.

JETBLUE AIRWAYS CORPORATION; SPIRIT AIRLINES, INC.,

Defendants - Appellants.

**ORDER OF COURT**

Entered: February 2, 2024

Defendants-appellants' motion to expedite this appeal is resolved as follows:

(1) defendants-appellants shall file their brief by 5:00 p.m. on February 26, 2024, as they have proposed;

(2) plaintiffs-appellees shall file their response brief(s) by 5:00 p.m. on April 11, 2024;

(3) defendants-appellants shall file their reply by 5:00 p.m. on April 25, 2024.

We contemplate argument during the court's June sitting. Extensions will be strongly disfavored.

By the Court:

Maria R. Hamilton, Clerk

cc:
Donald Campbell Lockhart, Craig Louis Briskin, Edward William Duffy, James L. Moore III, John Richard Doidge, Maisie A. Baldwin, Michael DeRita, Patricia C. Corcoran, Aaron Teitelbaum, Arianna Markel, Brendan Sepulveda, Brian Hanna, Daniel Loevinsohn, Don P.

Amlin, Garrett Windle, John M. Briggs, John DiMarco, John R Thornburgh II, Katherine Celeste Speegle, Michael Battaglia, Michelle Livingston, Sarah V. Riblet, Stephanie Elise Pearl, Andrew N. DeLaney, William T. Matlack, Robert B. McNary, Estefania Yulianny Torres Paez, C. William Margrabe, Jeremy Girton, Caroline S. Van Zile, Morgan J. Feder, Amy Elizabeth McFarlane, Christopher Michael D'Angelo, Elinor Hoffmann, Olga Kogan, Jamie L. Miller, Komal Patel, Jessica Vance Sutton, Byron Warren, Gary Honick, Ana Atta-Alla, Bryan Steven Sanchez, Zachary R. Hafer, Ryan A. Shores, Beatriz Mejia, Zachary Sisko, Richard F. Schwed, Brian Hauser, Jessica K. Delbaum, Leila Rashida Siddiky, Ryan Leske, Deepti Bansal, Ethan Glass, Elizabeth M. Wright, Matt Nguyen, Joyce Rodriguez-Luna, Tina Asgharian, David Garfinkel, David I. Gelfand, Joseph M. Kay, Daniel P. Culley, Charles Balaan, Elizabeth Robinson, Grace Song, Harlan Rosenson, Isabel Tuz, Jacob Kotler, Jeremy Newman, Laura Rodgers, Matt Rosenthal, Michael P. Mitchell, Michael Tetreault, Noni Nelson, Rachel Mossman Zieminski, Samuel Guggenheimer, Sheyla D. Soriano, Kannon K. Shanmugam, John C. Calhoun, Samuel Newland Rudman, Meredith Richardson Dearborn, Andrew C. Finch, Eyitayo St. Matthew-Daniel, Jay Cohen, Jackson Cory Yates, Kate Wald, Thomas Rucker, Jared P. Nagley, Joseph Peter Rockers, John J. Falvey Jr., Julie Scharfenberg Elmer, Mary Lehner, Allison Aviki, William Stallings, James P. Denvir III, Benjamin P. Solomon-Schwartz, Michael S. Mitchell, Michael F. Murray, Nathaniel Bruce Edmonds, Noah Byron Pinegar, Scott Frederick Peachman, Kaitlin Mary Thompson, Mark H. Hamer, Kristen E. Lloyd, Andrew T. O'Connor, John Francis White III, Austin James Riter, Jonathan O. Hafen, Christina S. Marshall, Peter J. Perroni, Holly Ellen Oliva-Van Horsten, Kathleen M. Phillips, Glenn A. MacKinlay, Dean Austin Elwell, Jamie Roy Lynn, Marguerite M. Sullivan, David C. Tolley, Carla N. Gilbertson, Jeffrey D. Vanacore, Lisa C. Wood, Daniel Howley, Marissa Mugan, Taylor Williams, Jonathan R. Buck, Jennifer L. Giordano, Alan Devlin, Anna M. Rathbun, Sadik Huseny