No. 24-1092

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

UNITED STATES OF AMERICA; COMMONWEALTH OF MASSACHUSETTS; DISTRICT OF COLUMBIA; STATE OF NEW YORK; STATE OF CALIFORNIA; STATE OF NORTH CAROLINA; STATE OF MARYLAND; STATE OF NEW JERSEY,

*Plaintiffs – Appellees*

*v.*

JETBLUE AIRWAYS CORPORATION; SPIRIT AIRLINES, INC.,

*Defendants – Appellants*.

On Appeal from the United States District Court for the District of Massachusetts in Case No. 1:23-cv-10511-WGY, Judge William G. Young

## JOINT MOTION TO DEFER APPENDIX

Ryan A. Shores
Cleary Gottlieb Steen & Hamilton, LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Tel: 202-974-1500
rshores@cgsh.com

Elizabeth M. Wright
Cooley LLP
500 Boylston Street
Boston, MA 02116-3736
Tel: 617-937-2300
ewright@cooley.com

*Attorneys for JetBlue Airways Corporation*

Andrew C. Finch
Jay Cohen
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
Tel: 212-373-3000
afinch@paulweisss.com
jcohen@paulweiss.com

*Attorneys for Spirit Airlines, Inc.*

Daniel E. Haar
Nickolai G. Levin
Andrew N. DeLaney
Alice A. Wang
*Attorneys*
U.S. Department of Justice

William T. Matlack
Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
Telephone: (617) 727-2200
William.Matlack@mass.gov

*Attorney for Plaintiff-Appellee
Commonwealth of Massachusetts,*

Olga Kogan
New York State Office of the
Attorney General
28 Liberty Street, 20th Floor
New York, NY 10005
Telephone: (212) 416-8262
olga.kogan@ag.ny.gov

*Attorney for Plaintiff-Appellee
State of New York*

Jamie L. Miller
Supervising Deputy Attorney General
Office of the California Attorney
General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
Telephone: (415) 510-3565
Jamie.Miller@doj.ca.gov

*Attorney for Plaintiff-Appellee
State of California*

Jessica V. Sutton
Special Deputy Attorney General
North Carolina Department of Justice
Post Office Box 629
Raleigh, NC 27602
Telephone: (919) 716-6000
jsutton2@ncdoj.gov

Antitrust Division
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530-0001
Telephone: (202) 514-2414
andrew.delaney@usdoj.gov

*Attorneys for Plaintiff-Appellee
United States*

Caroline S. Van Zile
*Solicitor General*
Jeremy R. Girton
*Assistant Attorney General*
Office of the Solicitor General
Office of the Attorney General for
the District of Columbia
400 6th Street NW, Suite 8100
Washington, D.C. 20001
Telephone: (202) 724-2029
caroline.vanzile@dc.gov
jeremy.girton@dc.gov

*Attorneys for Plaintiff-Appellee
District of Columbia*

Schonette J. Walker
Gary Honick
Byron Warren
Maryland Office of the Attorney
General
200 St. Paul Place, 19th Floor
Baltimore, MD 21202
Telephone: (410) 576-6470
swalker@oag.state.md.us
ghonick@oag.state.md.us
bwarren@oag.state.md.us

*Attorneys for Plaintiff-Appellee
State of Maryland*

*Attorney for Plaintiff-Appellee*
*Commonwealth of North Carolina*

Ana Atta-Alla
State of New Jersey - Office of the
Attorney General, Division of Law
124 Halsey Street – 5th Floor
Newark, NJ 07102
Telephone: (973) 648-6835
Ana.Atta-Alla@law.njoag.gov

*Attorney for Plaintiff-Appellee*
*State of New Jersey*

Pursuant to Fed. R. App. P. 30(c) and 1st Cir. I.O.P. VI(C), the parties respectfully move for special leave to proceed on a deferred appendix.

The District Court conducted a 17-day bench trial that resulted in over 2,600 pages of trial transcripts, including the testimony of 22 live witnesses, and over 900 trial exhibits (in addition to approximately 8,500 transcript pages from 38 witnesses through deposition designations). Because of the voluminous record, the parties have determined that deferring the appendix would facilitate the careful production of an appendix that includes the materials the Court should have as it considers the appeal and omits unnecessary materials. Deferring the filing of the appendix would also minimize inefficiencies that might otherwise result from filing an overlarge appendix.

The parties propose the following with respect to the deferred appendix:

1. The parties will file preliminary electronic versions of their briefs with references to the record consistent with the Court's February 2, 2024, scheduling order.

2. Defendants-Appellants will file the appendix electronically four days after filing their reply brief.

3. No later than two days after the filing of the appendix: (1) Defendants-Appellants will file a final electronic opening brief containing references to the appendix and a final electronic reply brief containing references to the appendix; and

1

(2) Plaintiffs-Appellees will file a final electronic answering brief containing references to the appendix.

4. The parties will submit final paper copies of all briefs the day after the final electronic briefs are filed.

5. Except for the correction of typographical errors and the inclusion of references to the appendix, no other changes may be made to the parties' briefs.

For these reasons, the parties respectfully request to file a deferred appendix in this matter according to the schedule proposed above.

Dated: February 9, 2024     Respectfully submitted,

/s/ *Elizabeth M. Wright*
Elizabeth M. Wright
Cooley LLP
500 Boylston Street, 14th Floor
Boston, MA 02116-3736
Tel: 617-937-2300
ewright@cooley.com

Ryan A. Shores
Cleary Gottlieb Steen & Hamilton, LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Tel: 202-974-1500
rshores@cgsh.com

*Attorneys for Defendant-Appellant JetBlue Airways Corporation*

Andrew C. Finch  
Jay Cohen  
Paul, Weiss, Rifkind, Wharton & Garrison LLP  
1285 Avenue of the Americas  
New York, NY 10019  
Tel: 212-373-3000  
afinch@paulweiss.com  
jcohen@paulweiss.com  

*Attorneys for Defendant-Appellant Spirit Airlines, Inc.*

/s/ Andrew N. DeLaney
Daniel E. Haar  
Nickolai G. Levin  
Andrew N. DeLaney  
Alice A. Wang  
*Attorneys*  
U.S. Department of Justice  
Antitrust Division  
950 Pennsylvania Ave., N.W.  
Washington, D.C. 20530-0001  
Telephone: (202) 514-2414  
andrew.delaney@usdoj.gov  

*Attorneys for Plaintiff-Appellee*  
*United States,*  
*Signing on Behalf of all Plaintiffs-Appellees*  
*States and District of Columbia*

William T. Matlack  
Office of the Attorney General  
One Ashburton Place, 18th Floor  
Boston, MA 02108  
Telephone: (617) 727-2200  
William.Matlack@mass.gov

3

*Attorney for Plaintiff-Appellee*
*Commonwealth of Massachusetts*

Caroline S. Van Zile
Solicitor General
Jeremy R. Girton
Assistant Attorney General
Office of the Solicitor General
Office of the Attorney General for
the District of Columbia
400 6th Street NW, Suite 8100
Washington, D.C. 20001
Telephone: (202) 724-2029
caroline.vanzile@dc.gov
jeremy.girton@dc.gov

*Attorneys for Plaintiff-Appellee*
*District of Columbia*

Olga Kogan
New York State Office of the
Attorney General
28 Liberty Street, 20th Floor
New York, NY 10005
Telephone: (212) 416-8262
olga.kogan@ag.ny.gov

*Attorney for Plaintiff-Appellee*
*State of New York*

Jamie L. Miller
Supervising Deputy Attorney General
Office of the California Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
Telephone: (415) 510-3565
Jamie.Miller@doj.ca.gov

*Attorney for Plaintiff-Appellee*
*State of California*

Schonette J. Walker
Gary Honick
Byron Warren
Maryland Office of the Attorney General
200 St. Paul Place, 19th Floor
Baltimore, MD 21202
Telephone: (410) 576-6470
swalker@oag.state.md.us
ghonick@oag.state.md.us
bwarren@oag.state.md.us

*Attorneys for Plaintiff-Appellee*
*State of Maryland*

Jessica V. Sutton
Special Deputy Attorney General
North Carolina Department of Justice
Post Office Box 629
Raleigh, NC 27602
Telephone: (919) 716-6000
jsutton2@ncdoj.gov

*Attorney for Plaintiff-Appellee*
*Commonwealth of North Carolina*

Ana Atta-Alla
State of New Jersey – Office of the Attorney General
Division of Law
124 Halsey Street – 5th Floor
Newark, NJ 07102
Telephone: (973) 648-6835
Ana.Atta-Alla@law.njoag.gov

*Attorney for Plaintiff-Appellee*
*State of New Jersey*

5

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Fed. R. App. P. 27(d) and 32(g), the undersigned hereby certifies that this Motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f) and 27(d)(2) and any accompanying documents as authorized by Fed. R. App. P. 27(a)(2)(B), the Motion contains 293 words.

The Motion has been prepared in proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font as provided by Fed. R. App. P. 32(a)(5)-(6). As authorized by Fed. R. App. P. 32(g), the undersigned has relied upon the word count feature of the word processing system in preparing this certificate.

/s/ *Elizabeth M. Wright*
Elizabeth M. Wright
Cooley LLP
500 Boylston Street, 14th Floor
Boston, MA 02116-3736
Tel: 617-937-2300
ewright@cooley.com

# CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2024, I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit by using the CM/ECF system. I certify that the following counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

Edward W. Duffy
United States Department of Justice, Antitrust Division
450 Fifth Street, NW, Suite 8000
Washington, DC 20530
Telephone: (202) 812-4723
Email: edward.duffy@usdoj.gov

Andrew N. DeLaney
Alice A. Wang
Nickolai G. Levin
Daniel E. Haar
United States Department of Justice
Antitrust Division, Appellate Section
950 Pennsylvania Ave., N.W.
Washington, DC 20530
Telephone: (202) 803-1239
Telephone: (202) 803-0500
Email: andrew.delaney@usdoj.gov
    alice.wang@usdoj.gov
    nickolai.levin@usdoj.gov
    daniel.haar@usdoj.gov

*Attorneys for Plaintiff-Appellee United States of America*

William T. Matlack
Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
Telephone: (617) 963-2414
Email: William.Matlack@mass.gov

*Attorneys for Plaintiff-Appellee Commonwealth of Massachusetts*

Jeremy R. Girton
Caroline S. Van Zile
Office of the Attorney General
400 6th Street NW, Suite 10100
Washington, DC 20001
Telephone: (202) 724-2029
Telephone: (202) 724-6609
Email: jeremy.girton@dc.gov
         caroline.vanzile@dc.gov

*Attorney for Plaintiff-Appellee District of Columbia*

Olga Kogan
New York State Office of the Attorney General
28 Liberty Street, 20th Floor
New York, NY 10005
Telephone: (212) 416-8262
Email: olga.kogan@ag.ny.gov

*Attorney for Plaintiff-Appellee State of New York*

Jamie L. Miller
Supervising Deputy Attorney General
Office of the California Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
Telephone: (415) 510-3565
Email: Jamie.Miller@doj.ca.gov

*Attorney for Plaintiff-Appellee State of California*

Jessica V. Sutton
Special Deputy Attorney General
North Carolina Department of Justice
Post Office Box 629
Raleigh, NC 27602
Telephone: 919-716-6050
E-mail: jsutton2@ncdoj.gov

*Attorney for Plaintiff-Appellee State of North Carolina*

Schonette J. Walker
Maryland Office of the Attorney General
200 St. Paul Place, 19th Floor
Baltimore, MD 21202
Telephone: (410) 576-6300
Email: swalker@oag.state.md.us

*Attorneys for Plaintiff-Appellee State of Maryland*

      I further certify that on February 9, 2024, I served a copy of the foregoing document on the following party or its counsel of record by email and U.S. first-class mail, postage prepaid:

Ana Atta-Alla
State of New Jersey – Office of the Attorney General
Division of Law
124 Halsey Street – 5th Floor
Newark, NJ 07102
Telephone: (973) 648-6835
E-mail: Ana.Atta-Alla@law.njoag.gov

*Attorney for Plaintiff-Appellee State of New Jersey*

                                                */s/ Elizabeth M. Wright*
                                                Elizabeth M. Wright

                                                *Counsel for Defendant-Appellant*
                                                *JetBlue Airways Corporation*