24-1092

IN THE

# United States Court of Appeals

**FOR THE FIRST CIRCUIT**

UNITED STATES; COMMONWEALTH OF MASSACHUSETTS;
DISTRICT OF COLUMBIA; STATE OF NEW YORK; STATE OF CALIFORNIA;
STATE OF NORTH CAROLINA; STATE OF MARYLAND; STATE OF NEW JERSEY,

*Plaintiffs-Appellees,*

— v. —

JETBLUE AIRWAYS CORPORATION; SPIRIT AIRLINES, INC.,

*Defendants-Appellants,*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

Ryan A. Shores
David I. Gelfand
Daniel P. Culley
Cleary Gottlieb Steen &
Hamilton, LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Tel: 202-974-1500

Elizabeth M. Wright
Cooley LLP
500 Boylston Street
Boston, MA 02116-3736
Tel: 617-937-2300

*Attorneys for Defendant-Appellant
JetBlue Airways Corporation*

Andrew C. Finch
Jay Cohen
Paul, Weiss, Rifkind, Wharton &
Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
Tel: 212-373-3000

Kannon Shanmugam
Paul, Weiss, Rifkind, Wharton &
Garrison LLP
2001 K Street NW
Washington, DC 20006
(202) 223-7325

*Attorneys for Defendant-Appellant
Spirit Airlines, Inc.*

Deepti Bansal
Cooley LLP
1299 Pennsylvania Avenue NW,
Suite 700
Washington, DC 20004
(202) 842-7800

*Attorney for Defendant-Appellant JetBlue Airways Corporation*

William T. Matlack
Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
Telephone: (617) 727-2200

*Attorney for Plaintiff-Appellee Commonwealth of Massachusetts,*

Olga Kogan
New York State Office of the Attorney General
28 Liberty Street, 20th Floor
New York, NY 10005
Telephone: (212) 416-8262

*Attorney for Plaintiff-Appellee State of New York*

Jamie L. Miller
Supervising Deputy Attorney General
Office of the California Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
Telephone: (415) 510-3565

*Attorney for Plaintiff-Appellee State of California*

Daniel E. Haar
Nickolai G. Levin
Andrew N. DeLaney
Alice A. Wang
U.S. Department of Justice
Antitrust Division
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530-0001
Telephone: (202) 514-2414

*Attorneys for Plaintiff-Appellee United States*

Caroline S. Van Zile
*Solicitor General*
Jeremy R. Girton
*Assistant Attorney General*
Office of the Solicitor General
Office of the Attorney General for the District of Columbia
400 6th Street NW, Suite 8100
Washington, D.C. 20001
Telephone: (202) 724-2029

*Attorneys for Plaintiff-Appellee District of Columbia*

Schonette J. Walker
Gary Honick
Byron Warren
Maryland Office of the Attorney General
200 St. Paul Place, 19th Floor
Baltimore, MD 21202
Telephone: (410) 576-6470

*Attorneys for Plaintiff-Appellee State of Maryland*

ii

Jessica V. Sutton  
Special Deputy Attorney General  
North Carolina Department of Justice  
Post Office Box 629  
Raleigh, NC 27602  
Telephone: (919) 716-6000  

*Attorney for Plaintiff-Appellee*  
*Commonwealth of North Carolina*

Ana Atta-Alla  
State of New Jersey - Office of the  
Attorney General, Division of Law  
124 Halsey Street – 5th Floor  
Newark, NJ 07102  
Telephone: (973) 648-6835  

*Attorney for Plaintiff-Appellee*  
*State of New Jersey*

Pursuant to Fed. R. App. P. 42(b)(1), all parties hereby stipulate to the voluntary dismissal of Case No. 24-1092, *United States, et al. v. JetBlue Airways Corp., et al*. Each side will bear their own costs.

Dated: March 5, 2024          Respectfully submitted,

/s/ *Elizabeth M. Wright*
Elizabeth M. Wright
Cooley LLP
500 Boylston Street, 14th Floor
Boston, MA 02116-3736
Tel: 617-937-2300
ewright@cooley.com

Ryan A. Shores
David I. Gelfand
Daniel P. Culley
Cleary Gottlieb Steen & Hamilton, LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Tel: 202-974-1500
rshores@cgsh.com
dgelfand@cgsh.com
dculley@cgsh.com

*Attorneys for Defendant-Appellant JetBlue Airways Corporation*

Andrew C. Finch
Jay Cohen
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
Tel: 212-373-3000

afinch@paulweiss.com
jcohen@paulweiss.com
Kannon Shanmugam
Paul, Weiss, Rifkind, Wharton &
Garrison LLP
2001 K Street NW
Washington, DC 20006
(202) 223-7325
kshanmugam@paulweiss.com

*Attorneys for Defendant-Appellant*
*Spirit Airlines, Inc.*


/s/ Andrew N. DeLaney
Daniel E. Haar
Nickolai G. Levin
Andrew N. DeLaney
Alice A. Wang
U.S. Department of Justice
Antitrust Division
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530-0001
Telephone: (202) 514-2414
andrew.delaney@usdoj.gov

*Attorneys for Plaintiff-Appellee*
*United States,*
*Signing on Behalf of all Plaintiffs-Appellees*
*States and District of Columbia*

William T. Matlack
Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
Telephone: (617) 727-2200
William.Matlack@mass.gov

*Attorney for Plaintiff-Appellee*
*Commonwealth of Massachusetts*

2

Caroline S. Van Zile
Solicitor General
Jeremy R. Girton
Assistant Attorney General
Office of the Solicitor General
Office of the Attorney General for
the District of Columbia
400 6th Street NW, Suite 8100
Washington, D.C. 20001
Telephone: (202) 724-2029
caroline.vanzile@dc.gov
jeremy.girton@dc.gov

*Attorneys for Plaintiff-Appellee*
*District of Columbia*

Olga Kogan
New York State Office of the
Attorney General
28 Liberty Street, 20th Floor
New York, NY 10005
Telephone: (212) 416-8262
olga.kogan@ag.ny.gov

*Attorney for Plaintiff-Appellee*
*State of New York*

Jamie L. Miller
Supervising Deputy Attorney General
Office of the California Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
Telephone: (415) 510-3565
Jamie.Miller@doj.ca.gov

*Attorney for Plaintiff-Appellee*
*State of California*

3

Schonette J. Walker
Gary Honick
Byron Warren
Maryland Office of the Attorney General
200 St. Paul Place, 19th Floor
Baltimore, MD 21202
Telephone: (410) 576-6470
swalker@oag.state.md.us
ghonick@oag.state.md.us
bwarren@oag.state.md.us

*Attorneys for Plaintiff-Appellee*
*State of Maryland*

Jessica V. Sutton
Special Deputy Attorney General
North Carolina Department of Justice
Post Office Box 629
Raleigh, NC 27602
Telephone: (919) 716-6000
jsutton2@ncdoj.gov

*Attorney for Plaintiff-Appellee*
*Commonwealth of North Carolina*

Ana Atta-Alla
State of New Jersey – Office of the Attorney General
Division of Law
124 Halsey Street – 5th Floor
Newark, NJ 07102
Telephone: (973) 648-6835
Ana.Atta-Alla@law.njoag.gov

*Attorney for Plaintiff-Appellee*
*State of New Jersey*

4

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 5th day of March 2024, electronically filed the foregoing Joint Stipulation of Voluntary Dismissal with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the Court's CM/ECF system. Participants who are registered CM/ECF users will be served by the CM/ECF system.

*/s/ Elizabeth M. Wright*
Elizabeth M. Wright

*Counsel for Defendant-Appellant*
*JetBlue Airways Corporation*