# United States Court of Appeals
## For the First Circuit
_____

No. 24-1092

UNITED STATES; COMMONWEALTH OF MASSACHUSETTS; DISTRICT OF COLUMBIA; STATE OF NEW YORK; STATE OF CALIFORNIA; STATE OF NORTH CAROLINA; STATE OF MARYLAND; STATE OF NEW JERSEY,

Plaintiffs - Appellees,

v.

JETBLUE AIRWAYS CORPORATION; SPIRIT AIRLINES, INC.,

Defendants - Appellants.
_____

### JUDGMENT

Entered: March 5, 2024
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(1) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Maria R. Hamilton, Clerk

cc:
Donald Campbell Lockhart, Edward William Duffy, Nickolai Levin, Daniel Edward Haar, Alice A. Wang, Michelle Livingston, Andrew N. DeLaney, William T. Matlack, Robert B. McNary, C. William Margrabe, Jeremy Girton, Caroline S. Van Zile, Olga Kogan, Jamie L. Miller, Jessica Vance Sutton, Schonette Walker, Ana Atta-Alla, Zachary R. Hafer, Ryan A. Shores, Zachary Sisko, Brian Hauser, Jessica K. Delbaum, Deepti Bansal, Elizabeth M. Wright, Matt Nguyen, David I. Gelfand, Joseph M. Kay, Daniel P. Culley, Kannon K. Shanmugam, John C. Calhoun, Samuel Newland Rudman, Meredith Richardson Dearborn, Andrew C. Finch, Jay Cohen, Joseph Peter Rockers, James P. Denvir III, Benjamin P. Solomon-Schwartz, Kaitlin Mary Thompson, Andrew T. O'Connor, John Francis White III, Christina S. Marshall, Glenn A. MacKinlay, Dean Austin Elwell, Marguerite M. Sullivan, David C. Tolley, Lisa C. Wood, Jennifer L. Giordano, Tara S. Morrissey, Tyler S. Badgley, Eli Nachmany, Lauren Willard Zehmer